The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASEY SLADE, an individual,<br><br>                    Plaintiff,<br><br>   v.<br><br>CASCADE EYE & SKIN CENTERS, P.C., a Washington Company,<br><br>                    Defendant. | **Case No. 3:22−cv−05956−RSL**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW the parties to this litigation, by and through their undersigned counsel of record, and hereby stipulate and request that the Court enter an order dismissing Plaintiff's Complaint in the above-captioned case with prejudice and without costs or fees to any party.

**STIPULATED** and **AGREED** this 21st day of April 2023.

*/s/ Gregory M. Skidmore*
Gregory M. Skidmore, WSBA No. 47462
Kaitlyn M. Gould, WSBA No. 58622
Skidmore & Fomina, PLLC
1800 112th Avenue, Suite 270E
Bellevue, WA  98004
gskidmore@skidmorefomina.com
kgould@skidmorefomina.com
*Attorneys for Plaintiff*

*/s/ Kaya R. Lurie* [via Email authorization]
Kaya R. Lurie, WSBA No. 51419
Tamara L. Roe, WSBA No. 21131
Montgomery Purdue PLLC
701 Fifth Ave. Suite 5500
Seattle, WA 98104
troe@montgomerypurdue.com
klurie@montgomerypurdue.com
*Attorney for Defendant*

## ORDER

In accordance with the Stipulation and Request for Dismissal filed by the parties, the Court hereby orders that Plaintiff's Complaint in this matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED**

DATED:   April 25, 2023.

_____
HON. ROBERT S. LASNIK

*/s/ Gregory M. Skidmore*
Gregory M. Skidmore, WSBA No. 47462
Kaitlyn M. Gould, WSBA No. 58622
Skidmore & Fomina, PLLC
1800 112th Avenue, Suite 270E
Bellevue, WA  98004
gskidmore@skidmorefomina.com
kgould@skidmorefomina.com
*Attorneys for Plaintiff*

*/s/ Kaya R. Lurie* [via Email authorization]
Kaya R. Lurie, WSBA No. 51419
Tamara L. Roe, WSBA No. 21131
Montgomery Purdue PLLC
701 Fifth Ave. Suite 5500
Seattle, WA 98104
troe@montgomerypurdue.com
klurie@montgomerypurdue.com
*Attorney for Defendant*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2

SKIDMORE | FOMINA, PLLC
1800 112th Avenue, Suite 270E
Bellevue, WA 98004
Tel: (415) 519-3656